order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Izola Forrester Page and Mann Page, Respondents, v. Twentieth Century-Fox Film Corporation, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of William Tuschinsky and Twenty-Seven Others for an Order Pursuant to Article 78 of the Civil Practice Act, Petitioners, Appellants, against The City of New York and Others, Respondents.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Guy C. Riddell, Respondent, v. Narodnyi Kommissariat Tiazheloi Promishlennosti, Known as "N. K. T. P.," a Corporation or Trust or Entity Sometimes Described as the "People's Commissariat for Heavy Industry" of the Union of Soviet Socialist Republics, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Morris H. Siegel and Sam M. Siegel, Doing Business under the Firm Name and Style of Policyholders Advisory Council, Appellants, v. Metropolitan Life Insurance Company and Others, Defendants, Impleaded with Guido Pantaleoni, Jr., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Morris H. Siegel and Sam M. Siegel, Doing Business under the Firm Name and Style of Policyholders Advisory Council, Appellants, v. Metropolitan Life Insurance Company and Others, Defendants, Impleaded with Edward S. Silver, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Morris H. Siegel and Sam M. Siegel, Doing Business under the Firm Name and Style of Policyholders Advisory Council, Appellants, v. Metropolitan Life Insurance Company and Others, Defendants, Impleaded with The Prudential Insurance Company of America, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Cabin Gardens, Inc., Assignor, Howard I. Mantell and Rose Mantell, Claimants, Appellants, to Louis Jay, Assignee, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Donald Ewen MacLean, Jr., an Infant, by Donald E. MacLean, His Guardian ad Litem, and Donald E. MacLean, Appellants, v. New York Telephone Company, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.